### SCOTT V. THE STATE.
(Decided May 10, 1911.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Affirmed.

---

### RILEY V. THE STATE
(Decided Nov. 19, 1912.)

APPEAL from Mobile City Court.

Heard before Hon. O. J. SEMMES.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Affirmed.